# CLAIR & GJERTSEN
ATTORNEYS AT LAW

4 NEW KING STREET
WHITE PLAINS, NEW YORK 10604
914 472 6202
FAX 472 1936
EMAIL: CLAIRGJERTSEN@CS.COM OR
IRACLAIR@AOL.COM

October 16, 2018

Hon. Robert Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    Joseph Aragona and Muriel Aragona
       18-22770 (rdd)

Dear Honorable Sir:

Please be advised, that we are adjourning all matters on consent, in the above referenced case from October 17, 2018 until January 16, 2019 at 10:00 am.

Thank you for your attention in this matter.

Respectfully,

/s/ Gary R. Gjertsen

Gary R. Gjertsen